PFE/JGC: AUG. 2024
GJ#26

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.** |
| | ) | |
| **KENNETH DEWAYNE DUNCAN, JR.** | ) | |

## <u>INDICTMENT</u>

### <u>COUNT ONE:</u>
*Possession of a Machinegun*
**18 U.S.C. § 922(o)**

The Grand Jury charges that:

On or about the 29th day of March 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**KENNETH DEWAYNE DUNCAN, JR.**,

did knowingly possess a machinegun, that is, a **Glock .40 caliber pistol** modified by a "Glock switch," that is, a two-position selector switch designed to enable semiautomatic or automatic fire, in violation of Title 18, United States Code, Section 922(o).

## COUNT TWO:
### *Receipt or Possession of Unregistered Firearm*
### 26 U.S.C. § 5861(d)

The Grand Jury further charges that:

On or about the 29th day of March 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**KENNETH DEWAYNE DUNCAN, JR.**,

knowingly received and possessed a firearm, that is, a **Glock .40 caliber pistol** modified by a two-position selector switch designed to enable semiautomatic or automatic fire, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## NOTICE OF FORFEITURE
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Indictment, in violation of 18 U.S.C. § 922(o), the defendant, **KENNETH DEWAYNE DUNCAN, JR.**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including,

but not limited to, a **Glock .40 caliber pistol** bearing serial number EYS490.

A TRUE BILL

*/s/Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

                                                PRIM F. ESCALONA
                                                United States Attorney

                                                */s/Electronic Signature*

                                                _____
                                                JOHN G. CAMP
                                                Assistant United States Attorney